Michael S. Cunningham, Esq.
CUNNINGHAM LAW, APC
750 B Street, Suite 2840
San Diego, CA 92101
Email: mike@laborattorney.com

Attorney for Plaintiff
JULIO TORRES


Alison L. Lynch (SBN 240346)
Remick M. Stahl (SBN 317065)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:  (949) 885-1360
Facsimile: (949) 885-1380
Email: alison.lynch@jacksonlewis.com
            remick.stahl@jacksonlewis.com

Attorneys for Defendant
U.S. RETIREMENT PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO TORRES, an individual;<br><br>Plaintiff,<br>v.<br><br>U.S. RETIREMENT PARTNERS, INC.;<br>and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO.:  8:20-cv-01513-DOC-DFM<br><br>**PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>Complaint Filed:  June 15, 2020<br>Removed:          August 14, 2020<br>Trial Date:            None Set |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The Parties stipulate, in consideration of a negotiated settlement agreement executed by them, including a provision that each party shall bear its own costs and fees, to the dismissal of this entire action with prejudice as against all parties, pursuant to Federal Rules of Civil Procedure Rule 41(a)(A)(ii) and Rule 41(a)(B).

DATED: April 27, 2021     CUNNINGHAM LAW, APC

By: /s/ *Michael S. Cunningham*
    Michael S. Cunningham

    Attorney for Plaintiff
    JULIO TORRES

DATED: April 27, 2021     JACKSON LEWIS P.C.

By: */s/ Remick M. Stahl*
    Alison L. Lynch
    Remick M. Stahl

    Attorneys for Defendant
    U.S. RETIREMENT PARTNERS, INC.

4819-3841-9937, v. 1